# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2446
_____

STEVEN MICHAEL AITKEN,

Petitioner,

v.

R. QUINN, WARDEN, Santa Rosa
Correctional Facility; RICKY D.
DIXON, Secretary, Florida
Department of Corrections,

Respondents.

_____


Petition for Writ of Mandamus—Original Proceedings.


November 17, 2025


PER CURIAM.

DENIED.

LEWIS, RAY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Steven A. Aitken, pro se, Petitioner.

No appearance for Respondents.